[No. 43591-4-I.    Division One.    August 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT DANA
LEMAR, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-03505-2, Jeanette R. Burrage, J., entered
October 26, 1998. *Remanded* by unpublished per curiam
opinion.


[No. 43615-5-I.    Division One.    August 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER
JOSEPH BRENNAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-8-03558-9, Michael Trickey, J., entered
October 26, 1998. *Reversed* by unpublished per curiam
opinion.


[No. 43663-5-I.    Division One.    August 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY B.
FREEGARD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-06128-2, Sharon S. Armstrong, J., entered
November 3, 1998. *Remanded* by unpublished per curiam
opinion.


[No. 17406-9-III.    Division Three.    August 10, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SHEILA ANNE
REILLY, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 96-1-02320-6, James M. Murphy, J.,
entered March 17, 1998. *Affirmed in part* and *reversed in
part* by unpublished opinion per Sweeney, J., concurred in
by Kurtz, A.C.J., and Kato, J.